United States Courts
Southern District of Texas
FILED

*December 27, 2022*

Nathan Ochsner, Clerk of Court

---

**UNITED STATES DISTRICT COURT**     **SOUTHERN DISTRICT OF TEXAS**

---

Frances McIntire Freeman, et al. §
§
§
§ ACTION NUMBER:
§ 4:21-CV-02424
§
*versus* §
§
§
Deutsche Bank Nat.l Trust Co., et al. §
§

## ABSTRACT OF JUDGMENT

| | |
|---|---|
| Date of Judgment Entered: | October 6, 2022 |
| Judgment in Favor of: | SPECIALIZED LOAN SERVICING LLC and DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE |
| Judgment Against: | BRANDY ALEXANDER and FRANCES MCINTIRE-FREEMAN |
| Amount of Judgment: | $17,817.50 |
| Amount of Costs: | $402 |
| Rate of Interest: | %4.15 |
| Amount of Credits Since Judgment: | $ 0 |
| Amount Due: | 18,219.50 |

The above and foregoing is a correct Abstract of Judgment entered in the United States District Court, for the Southern District of Texas, in the above captioned case.

CLERK OF COURT

DATED: 12-27-22     By: *Rachel Willborg*
                                                 Deputy Clerk

*O:Houforms/Forms-Web*

**EXHIBIT B**

RP-2022-601428
# Pages 2
12/27/2022 03:13 PM
e-Filed & e-Recorded in the
Official Public Records of
HARRIS COUNTY
TENESHIA HUDSPETH
COUNTY CLERK
Fees   $18.00

RP-2022-601428

RECORDERS MEMORANDUM
This instrument was received and recorded electronically
and any blackouts, additions or changes were present
at the time the instrument was filed and recorded.

Any provision herein which restricts the sale, rental, or
use of the described real property because of color or
race is invalid and unenforceable under federal law.
THE STATE OF TEXAS
COUNTY OF HARRIS
I hereby certify that this instrument was FILED in
File Number Sequence on the date and at the time stamped
hereon by me; and was duly RECORDED in the Official
Public Records of Real Property of Harris County, Texas.

*Teneshia Hudspeth*
COUNTY CLERK
HARRIS COUNTY, TEXAS

EXHIBIT B