**From:** Branch Sheppard <BSheppard@gallowaylawfirm.com>
**Sent:** Tuesday, January 10, 2023 3:19 PM
**To:** Brandy Alexander <brandyalexander@alexanderpllc.com>
**Cc:** Jonathon Austin <JAustin@gallowaylawfirm.com>; Annarose Harding <AHarding@gallowaylawfirm.com>
**Subject:** RE: Note for property: 2103 Rittenmore Dr, Missouri City, Texas 77489; Tennyson

Brandy: We are following up on the email below.  Don't make us chase you down here.  You need to cooperate.  Otherwise, this can get ugly.  Thank you, and we look forward to your response.

Branch

**Branch M. Sheppard, Director**
1301 McKinney Street, Suite 1400
Houston, TX 77010
O: 713-599-0700 | F: 713-599-0777
BSheppard@gallowaylawfirm.com



TX | LA | MS | AL | FL | GA | MO
www.gallowaylawfirm.com

THIS MAY CONTAIN CONFIDENTIAL ATTORNEY-CLIENT
OR PRIVILEGED COMMUNICATIONS. PLEASE DO NOT
FORWARD WITHOUT SPECIFIC PERMISSION.

**From:** Branch Sheppard
**Sent:** Thursday, January 5, 2023 6:55 PM
**To:** Brandy Alexander <brandyalexander@alexanderpllc.com>
**Cc:** Annarose Harding <AHarding@gallowaylawfirm.com>; Jonathon Austin <JAustin@gallowaylawfirm.com>
**Subject:** RE: Note for property: ████████████████████████

Brandy: I am glad you emailed because we have every intention of pursuing collection against you in the  McIntire-Freeman matter.  I am sure by now you have seen the summary judgment which is now a final and abstracted summary judgment, and we have also recorded our abstract of judgment.  The Judgment jointly and severally against you and your former client is $17,817.50.

We have $7,832.39 in excess proceeds from the third party foreclosure sale which we could apply to the fee award under the terms of the Deed of Trust, and we need the remainder paid.  We will seek to collect it from you and will send post-judgment discovery.  The remaining amount is $9,985.11, not including interest.  Interest continues accrue.

We look forward to your response regarding paying our fees and costs, and please confirm receipt of this email.


EXHIBIT C

[REDACTED]

We look forward to your response.

Branch

---

**From:** Brandy Alexander <brandyalexander@alexanderpllc.com>
**Sent:** Thursday, January 5, 2023 3:12 PM
**To:** Branch Sheppard <BSheppard@gallowaylawfirm.com>
**Subject:** Note for property: [REDACTED]

*** External Sender - Please Exercise Caution***

Hey Branch,

This case is closed so you may not be able to help, but I wanted to reach out to see if we can get a pay-off amount for the note on the above mentioned property. Or can you direct me to where we can request that? Thank you!

Brandy M. Alexander
2502 La Branch St
Houston, TX 77004
Tel: (832) 360-2318
Fax: (346) 998-0886

Please reply to: brandyalexander@alexanderpllc.com

**PLEASE BE AWARE WE HAVE CHANGED OFFICE LOCATIONS AND PHONE NUMBER INFORMATION.**

CONFIDENTIALITY STATEMENT: This electronic message contains information from attorney Brandy M. Alexander and is confidential or privileged. The information is intended to be for the use of the individual or entity named above. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this message is prohibited. If you have received this electronic message in error, please notify me immediately by telephone at (832) 360-2318.

EXHIBIT C