UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **FRANCES MCINTIRE-FREEMAN heir to FRANCIS M. BOYD, deceased,** *Plaintiff,* <br><br> **v.** <br><br> **DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR MORGAN STANLEY DEAN WITTER CAPITAL 1 INC. TRUST 2006-NC2, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-NC-2; AND SPECIALIZED LOAN SERVICING LLC,** <br><br> *Defendants.* | **Civil Action No. 4:21-CV-02424** |

**JUDGMENT-CREDITORS FIRST POST-JUDGMENT INTERROGATORIES, REQUESTS FOR PRODUCTION, AND REQUESTS FOR ADMISSION TO JUDGMENT-DEBTOR BRANDY ALEXANDER**

To:    Judgment-Debtor, BRANDY ALEXANDER.

COME NOW Defendants DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR MORGAN STANLEY DEAN WITTER CAPITAL I INC. TRUST 2006-NC2, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-NC-2 ("DB") and SPECIALIZED LOAN SERVICING LLC ("SLS" and with DB, collectively, "Defendants") in the above-styled and numbered cause, and serve its First Post-Judgment Interrogatories and Requests for Production to Judgment-Debtor BRANDY ALEXANDER in accordance with Federal Rules of Civil Procedure 69(a)(2).   Request is hereby made that Judgment-Debtor, BRANDY ALEXANDER, serve the undersigned with answers and responses to the requested items not later than thirty (30) days after service hereof.   The Requests for Production and Interrogatories are continuing in nature

1

<span style="color:red">EXHIBIT D</span>

and request is hereby made for supplementation of responses as required by the Federal Rules of

Civil Procedure.

Respectfully submitted,

_//s// Branch M. Sheppard_
BRANCH M. SHEPPARD
Texas State Bar No. 24033057
bsheppard@gallowaylawfirm.com

OF COUNSEL:

GALLOWAY JOHNSON TOMPKINS BURR & SMITH
A Professional Law Corporation

1301 McKinney, Suite 1400
Houston, Texas 77010
(713) 599-0700 (Telephone)
(713) 599-0777 (Facsimile)
**ATTORNEYS FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing the above and foregoing instrument was served on all parties of record on this 6th day of March 2023, as follows:

***VIA EMAIL AND CMRRR***
BRANDY M. ALEXANDER
ALEXANDER LAW, PLLC
2502 LA BRANCH ST.
HOUSTON, TX 77004

_//s// Branch M. Sheppard_
Branch M. Sheppard

2

EXHIBIT D

## DEFINITIONS AND INSTRUCTIONS

The following definition and instruction applies.

1.      "Judgment-Creditors" means and includes DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR MORGAN STANLEY DEAN WITTER CAPITAL 1 INC. TRUST 2006-NC2, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-NC-2 and SPECIALIZED LOAN SERVICING LLC, and/or their agents, employees, representatives, servants, and attorneys.

2.      "Judgment-Debtor" or "you" or "your" means and includes Brandy Alexander.

3.      "Person" means any individual, association, partnership, corporation, or legal entity.

4.      "Document" shall mean and include each and every medium upon which information can be printed, recorded, or reproduced in any manner by mechanical means, by hand or otherwise, that is or has been in your possession, custody, or control or of which you have knowledge, including, without limitation, correspondence, invoices, statements of accounts, memoranda, stenographic or handwritten notices, books, pamphlets, photographs, pictures, films, magnetic tapes, voice recording, stenographic tape or wire recordings, video cassettes, minutes, statistical data, data processing cards, computer records or typed or printout of worksheets or work papers, agreements, contracts, telegrams, telexes, summaries of telephone conversations, summaries or reports of investigations or negotiations, magazine and newspaper articles, stories or clippings, every copy of such writing or record where the original is not in your possession, custody, or control, and every copy of such notations whatsoever that do not appear on the original, and drafts of any of the foregoing.

5.      The singular and masculine form of any noun or pronoun shall embrace and be read and applied as the plural, feminine or neuter, as circumstances shall be appropriate.

6.      In every Interrogatory, the use of the conjunctive or disjunctive shall not be construed to limit the Interrogatory; the Interrogatory should be construed in either the conjunctive or disjunctive, whichever would encompass more documents.

7.      Each Interrogatory should be construed independently and not by reference to any other Interrogatory herein for purposes of limitation.

8.      These Interrogatories are continuing in nature.  If other information or documents come into your possession or are brought to your attention or to your attorney in the course of trial or preparation for trial, supplementation of your Answers is required.

9.      Identify when used in connection with an individual means to state (a) his full name; (b) his last known address and phone number.

EXHIBIT D

10.     If the person to be identified is not a natural person (*e.g.*, a corporation), give its name and address and principal business activity.

11.     If you object to identifying any person as hereinabove defined, or producing any item requested, or you feel that a court order should be obtained by this party, please so state in your answer to the interrogatory.

EXHIBIT D

### JUDGMENT-CREDITORS FIRST POST-JUDGMENT INTERROGATORIES AND REQUESTS FOR PRODUCTION TO JUDGMENT-DEBTOR BRANDY ALEXANDER

**INTERROGATORY NO. 1:**

Do you maintain or have you maintained within the last 60 months any bank and/or brokerage accounts, including but not limited to checking accounts and savings accounts?  If so, for each account please state:

    a.    The full name and complete address of the institution holding the account;

    b.    Where the account is located;

    c.    The full name and number under which it is carried;

    d.    The balance of the account five calendar days before these interrogatories were received by you; and

    e.    The identity of each authorized signature for the account at any time in the last five years and the dates between which the signature was authorized.

**ANSWER:**

**REQUEST FOR PRODUCTION NO. 1:**

Produce all documents referring to the information requested in the previous Interrogatory.

**RESPONSE:**

**INTERROGATORY NO. 2:**

Please state your full legal name and each name by which you have ever been known, including all d/b/a's and addresses.

**ANSWER:**

**REQUEST FOR PRODUCTION NO. 2:**

Produce all documents referring to the information requested in the previous Interrogatory.

**RESPONSE:**

EXHIBIT D

**INTERROGATORY NO. 3:**

Do you have or have you had within the last 60 months an ownership interest in, option to purchase, contract to sell, leasehold in, or other interest in any real property?  If so, for each property please state:

   e.   The legal and common descriptions and the location of the property;
   f.   The size of the property;
   g.    A description of every structure or other improvement on the property;
   h.   The full name and complete address of each person or entity having an interest in it;
   i.   Ownership of the property as stated in title documents and location of each document;
   j.   The present value of your equity interest in the property;
   k.   The present value of the property; and
   l.   The amount paid for the property.

**ANSWER:**

**REQUEST FOR PRODUCTION NO. 3:**

Produce all documents referring to the information requested in the previous Interrogatory.

**RESPONSE:**

**INTERROGATORY NO. 4:**

For each item of personal property (including but not limited to tools, equipment, inventory, livestock, boats, sporting goods, vehicles, aircraft, stamp and coin or other kinds of collections), regardless of location, that you now own, claim any interest in, or have title to or claimed any interest in or had title to in the last 60 months, please state:

   a.   A complete description of the item, including (as applicable) the year, make, model, serial number, and other permanent identification numbers;
   b.   The estimated present market value of the item; and
   c.   The complete address of its present physical location.

**ANSWER**:

EXHIBIT D

**REQUEST FOR PRODUCTION NO. 4:**

Produce all documents referring to the information requested in the previous Interrogatory.

**RESPONSE:**

**INTERROGATORY NO. 5:**

Is any real or personal property that you now own, claim any interest in, or have title to or have owned, claimed an interest in or had title to in the last 60 months now encumbered by a mortgage, security interest, or other kind of lien?  If so, for each item of encumbered property please state:

  m. A complete description of the item, including (as applicable) the year, make, model, serial number, and other permanent identification numbers;

  n. The nature of the encumbrance;

  o. The date the property was encumbered;

  p. The full name and complete address of each person or entity holding the encumbrance;

  q. The payment or other consideration received for the encumbrance; and

  r. The full name and complete address of each person or entity who paid the consideration.

**ANSWER:**

**REQUEST FOR PRODUCTION NO. 5:**

Produce all documents referring to the information requested in the previous Interrogatory.

**RESPONSE:**

**INTERROGATORY NO. 6:**

Do you now own, claim any interest in, or have title to any personal property now pledged as security for a debt?  If so, for each item please state:

  a. A complete description of the item, including (as applicable) the year, make, model, serial number, and other permanent identification numbers;

  b. The amount of the debt the property was pledged to secure and the current amount of the debt;

  c. How the debt was incurred and when payment is due;

  d. The date the debt was incurred;

  e. The full name and complete address of the person or entity to whom the property is

7

pledged; and

f.      The date when possession of it was transferred to the person or entity to whom it was pledged.

**ANSWER:**

**REQUEST FOR PRODUCTION NO. 6:**

Produce all documents referring to the information requested in the previous Interrogatory.

**RESPONSE:**

**INTERROGATORY NO. 7:**

For each person or entity now or in the last 60 months owning, claiming an interest in, or having title to any stock, bond, or other security of yours, please state:

a.      The full name of the person or entity;
b.      The complete address of the person or entity;
c.      A complete description of the security;
d.      The number of shares involved;
e.      The face value of each share;
f.      The present market value of each share;
g.      The payment or other consideration received by the corporation for the security; and
h.      The date the security was issued.

**ANSWER:**

**REQUEST FOR PRODUCTION NO. 7:**

Produce all documents referring to the information requested in the previous Interrogatory.

**RESPONSE:**

EXHIBIT D

**INTERROGATORY NO. 8:**

Please state the full name and complete address of each institution or business organization with which you have engaged in any joint venture or partnership at any time within the last 60 months and the nature of your involvement.

**ANSWER**:

**REQUEST FOR PRODUCTION NO. 8:**

Produce all documents referring to the information requested in the previous Interrogatory.

**RESPONSE:**

**INTERROGATORY NO. 9:**

Have you furnished or exhibited a statement of your financial condition to any person or entity with which you have engaged in any joint venture or partnership at any time within the last 60 months.  If you have, for each occurrence please state:

    a.      The full name and complete address of the person or entity receiving the information;
    b.      The date and place the information was received; and
    c.      The contents of the financial statement.

**ANSWER:**

**REQUEST FOR PRODUCTION NO. 9:**

Produce all documents referring to the information requested in the previous Interrogatory.

**RESPONSE:**

**INTERROGATORY NO. 10:**

Do you have or have you had in the last 60 months ownership interest in any business?  If so, for each business please state:

    a.      The full name of the business;
    b.      The complete address of the principal place of business or general office of the business;
    c.      The complete address of each place at which it conducts business;
    d.      The type of business it conducts;

EXHIBIT D

e.  The form of business organization;

f.  The date you acquired an interest in the business;

g.  The present value of your interest in the business and its percentage of the total value of the business;

h.  Your duties in the business; and

i.  The full name and complete address of each bank at which the business maintains any type of checking or deposit account or from which the business borrowed money.

**ANSWER:**

**REQUEST FOR PRODUCTION NO. 10:**

Produce all documents referring to the information requested in the previous Interrogatory.

**RESPONSE:**

**INTERROGATORY NO. 11:**

Do you own any security (including but not limited to stocks or bonds) of any foreign or domestic entity or government?  If so, for each such entity or government please state:

a.  The full name and complete address of the entity or government;

b.  A complete description of the security, its face value, the price you paid for it, and its present market value.

c.  The serial number of each security;

d.  The date when each security was acquired by you;

e.  How each security was acquired by you (purchase, gift, etc.);

f.  The full name and complete address of each person or entity from whom the security was acquired, regardless of the means of the acquisition;

g.  The full name, complete address, and telephone number of each person or entity with whom you share ownership or control of the security; and

h.  Whether you now owe any money to a person or entity for the purchase of the security.

**ANSWER:**

**REQUEST FOR PRODUCTION NO. 11:**

Produce all documents referring to the information requested in the previous Interrogatory.

**RESPONSE:**

EXHIBIT D

**INTERROGATORY NO.  12:**

Do you have the right to enter any depository (including but not limited to safes, vaults, and safe deposit boxes) for securities, cash, or other valuables?  If so, for each depository please state:

  a. The full name and complete address of each person or entity to whom the depository is rented;

  b. The full name and complete address of the bank or other institution where the depository is located;

  c. The full name and complete address of each person having access to the depository;

  d. A complete description of the property contained in the depository on the date you are answering these questions;

  e. The date of each inventory of the depository;

  f. The complete contents of each inventory, copying the inventories verbatim or attaching copies of them to your answers; and

  g. The date on which any person last opened the depository.

**ANSWER:**


**REQUEST FOR PRODUCTION NO. 12:**

Produce all documents referring to the information requested in the previous Interrogatory.

**RESPONSE:**


**INTERROGATORY NO. 13:**

Has anything been removed from any above-mentioned depository during the last 60 months?  If it has, for each thing removed please state:

  a. A complete description of the property removed;

  b. The date it was removed;

  c. Why it was removed;

  d. The full name and complete address of each person who removed it; and

  e. The full name and complete address of each person or entity now having the property in her/his or its possession.

**ANSWER:**

11

EXHIBIT D

**REQUEST FOR PRODUCTION NO. 13:**

Produce all documents referring to the information requested in the previous Interrogatory.

**RESPONSE:**

**INTERROGATORY NO. 14:**

Do you now have any right to payment of money from any person or entity for any reason (including but not limited to promissory notes, accounts receivables, certificates of deposit, securities, foreign currency, traveler's checks, treasury checks, treasury bills, and savings bonds)? If so, for each claim please state:

    a.      A complete description of the claim;
    b.      The full name and complete address of the debtor;
    c.      The amount of the claim; and
    d.      Whether any suit or action has been brought to reduce the claim to judgment.  If so, please state:
            i.      The title and number of the case;
            ii.     The name, number, and location of the court in which it was filed or is pending; and
           iii.    The present status of the case.

**ANSWER:**

**REQUEST FOR PRODUCTION NO. 14:**

Produce all documents referring to the information requested in the previous Interrogatory.

**RESPONSE:**

**INTERROGATORY NO. 15:**

In the last five years, has any above-described right to receive money been assigned or disposed of other than by collection in full?  If so, for each such account please state:
    a.      The full name of the account;
    b.      The kind of disposition;
    c.      The date of the disposition;
    d.      The full name and complete address of the person or entity taking the account;
    e.      The amount of reserve due to you;
    f.      The extent to which future accounts receivable were covered; and
    g.      The amount of payment received in exchange.

EXHIBIT D

**ANSWER:**

**REQUEST FOR PRODUCTION NO. 15:**

Produce all documents referring to the information requested in the previous Interrogatory.

**RESPONSE:**

**INTERROGATORY NO. 16:**

Is any stock, bond or other security that you own pledged or mortgaged, or subject to an option to repurchase by any person or entity?  If so, for each such interest held by another please state:

a. The full name and complete address of the person or entity having interest in the same;
b. The date the interest was acquired;
c. A complete description of the interest.

**ANSWER:**

**REQUEST FOR PRODUCTION NO. 16:**

Produce all documents referring to the information requested in the previous Interrogatory.

**RESPONSE:**

**INTERROGATORY NO. 17:**

Is any stock, bond, or other security that you own held by a broker in your name or in the name of any person or other entity?  If so, for each security please state:

a. The full name and complete address of the broker;
b. A complete description of the security;
c. The present market value of the security;
d. The date the broker acquired possession of the security; and
e. The balance of your account five calendar days before these interrogatories were received.

**ANSWER:**

13

EXHIBIT D

**REQUEST FOR PRODUCTION NO. 17:**

Produce all documents referring to the information requested in the previous Interrogatory.

**RESPONSE:**

**INTERROGATORY NO. 18:**

Have you sold or assigned any account receivable and set up any reserve fund for your benefit out of such account receivable?  If so, for each account please state:

a.  The full name of the account;
b.  The conditions for receiving reserves;
c.  The full name and complete address of each person or entity holding the funds; and
d.  The amount of the funds.

**ANSWER:**

**REQUEST FOR PRODUCTION NO. 18:**

Produce all documents referring to the information requested in the previous Interrogatory.

**RESPONSE:**

**INTERROGATORY NO. 19:**

Do you have or have you had in the last 60 months any money on deposit in a name other than your own?  If so, for each account please state:

a.  The type of account;
b.  Where the account is maintained;
c.  The full name and number under which the account is maintained;
d.  The full name and complete address of the institution holding the deposits;
e.  The account balance five calendar days before these interrogatories were received; and
f.  The amount or portion of the account that belongs to the corporation.

**ANSWER:**

EXHIBIT D

**REQUEST FOR PRODUCTION NO. 19:**

Produce all documents referring to the information requested in the previous Interrogatory.

**RESPONSE:**

**INTERROGATORY NO. 20:**

Do you have check-writing authority on any account not already described in your answers? If so, for each account please state:

a.   Where the account is maintained;
b.   The full name and number under which the account is maintained;
c.   The full name and complete address of the institution holding the account;
d.   The reason for your authority to write checks on the account.

**ANSWER:**

**REQUEST FOR PRODUCTION NO. 20:**

Produce all documents referring to the information requested in the previous Interrogatory.

**RESPONSE:**

**INTERROGATORY NO. 21:**

Do you maintain a pension plan, profit-sharing plan, or other entity or trust in which you or any employee, officer, or shareholder of yours has an interest?  If so, for each plan please state:

a.   Where it is located;
b.   The full name and complete address of the institution holding the account;
c.   The full name and number under which the account is maintained; and
d.   The balance of the account five calendar days before these interrogatories were received by you.

**ANSWER:**

15

EXHIBIT D

**REQUEST FOR PRODUCTION NO. 21:**

Produce all documents referring to the information requested in the previous Interrogatory.

**RESPONSE:**

**INTERROGATORY NO. 22:**

In the last five years, have you created or contributed to any trust for the benefit of others?  If so, for each trust please state:

a.   The date the trust was created;
b.   A complete description of the property contributed to the trust by you and the property=s present market value;
c.   Each trustee=s full name and complete address;
d.   Each beneficiary=s full name and complete address; and
e.   Whether any of the beneficiaries are related to each other and, if they are, the full name of the related beneficiaries and the nature of their relationship.

**ANSWER:**

**REQUEST FOR PRODUCTION NO. 22:**

Produce all documents referring to the information requested in the previous Interrogatory.

**RESPONSE:**

**INTERROGATORY NO. 23:**

Does any person or entity hold any real or personal property in trust for you?  If so, for each trust please state:

a.   A complete description of the property held in trust;
b.   A complete address of the property=s location;
c.   The date the trust was created;
d.   The source of the trust assets; and
e.   The full name and complete address of each beneficiary of the trust.

**ANSWER:**

EXHIBIT D

**REQUEST FOR PRODUCTION NO. 23:**

Produce all documents referring to the information requested in the previous Interrogatory.

**RESPONSE:**

**INTERROGATORY NO. 24:**

Are you a beneficiary under the terms of any will?  If so, for each will please state:

a. The full name of the testator or testatrix;
b. A complete description of the property given to you under the will;
c. The name, number, and location of the court administering the estate;
d. If the will has not been offered for probate, the full name and complete address of the person who now has possession of the will;
e. Whether you have received any advancement from the testator, testatrix, or personal representative and, if so, the amount of each advancement received; and
f. Whether you have renounced any bequest or legacy and, if so, the date of each renunciation and the full name and complete address of each person or entity whose interest in the estate was enhanced as a result of the renunciation.

**ANSWER:**

**REQUEST FOR PRODUCTION NO. 24:**

Produce all documents referring to the information requested in the previous Interrogatory.

**RESPONSE:**

**INTERROGATORY NO. 25:**

Do you own interest in a patent or copyright?  If so, for each interest please state:

a. A complete description of the patent or copyright;
b. Its registration number;
c. The full name and complete address of each person sharing an interest in the patent or copyright;
d. The extent of your share, expressed as a fraction or percentage; and
e. The annual income derived by you from the patent or copyright.

**ANSWER:**

EXHIBIT D

**REQUEST FOR PRODUCTION NO. 25:**

Produce all documents referring to the information requested in the previous Interrogatory.

**RESPONSE:**

**INTERROGATORY NO. 26:**

At any time in the last five years, have you disposed of any real or personal property by sale, gift, or other action?  If so, for each disposition please state:

a. A full description of the property disposed of;
b. The date of the disposition;
c. The full name and complete address of each person or entity to whom disposition was made;
d. The payment or other consideration received in exchange;
e. The manner of the disposition (gift, sale, etc.);
f. The date you acquired the property;
g. The estimated market value of the property when you acquired it; and
h. The complete address of the property=s present physical location.

**ANSWER:**

**REQUEST FOR PRODUCTION NO. 26:**

Produce all documents referring to the information requested in the previous Interrogatory.

**RESPONSE:**

**INTERROGATORY NO. 27:**

At any time in the last five years, have you made any disposition (by conveyance, transfer, gift, or otherwise) of property with any reservation of rights, benefits, or options for the reacquisition of the property at some future date?  If so, for each disposition please state:

a. A full description of the property involved;
b. The date of the disposition;
c. The transferee=s full name and complete address;
d. The nature of the reservation, benefit, or option; and
e. The cost of the property at the time of disposition or the payment or other consideration received in exchange.

**ANSWER:**

18

EXHIBIT D

**REQUEST FOR PRODUCTION NO. 27:**

Produce all documents referring to the information requested in the previous Interrogatory.

**RESPONSE:**

**INTERROGATORY NO. 28:**

Have you, in the last five years, assigned any thing or right to collect money?  If so, for each assignment please state:

      a.      A description of the thing or right assigned;
      b.      The date the assignment was made;
      c.      The full name and complete address of the assignee;
      d.      The payment or other consideration received in exchange.

**ANSWER:**

**REQUEST FOR PRODUCTION NO. 28:**

Produce all documents referring to the information requested in the previous Interrogatory.

**RESPONSE:**

**INTERROGATORY NO. 29:**

At any time in the last five years, have you given consideration for any property that has been conveyed or transferred or is now being held for you in the name of some person or other entity?  If so, for each occurrence please state:

      a.      The full name and address of each title holder;
      b.      The date the conveyance or transfer was made;
      c.      A complete description of each item of property involved; and
      d.      The amount of payment or consideration given for the property.

**ANSWER:**

EXHIBIT D

**REQUEST FOR PRODUCTION NO. 29:**

Produce all documents referring to the information requested in the previous Interrogatory.

**RESPONSE:**

**INTERROGATORY NO. 30:**

At any time in the last five years, have you been a party to any contract or other agreement by which you granted an option to any person or entity to purchase any or all of your assets?  If so, for each agreement please state:

a.   The date of the agreement;
b.   Where the agreement was made;
c.   The full name and complete address of each person or entity that was a party to the agreement;
d.   The payment or other consideration you received in exchange for the agreement;
e.   The full name and complete address of each person or entity furnishing the consideration; and
f.   A complete description of the property covered by the agreement.

**ANSWER:**

**REQUEST FOR PRODUCTION NO. 30:**

Produce all documents referring to the information requested in the previous Interrogatory.

**RESPONSE:**

**INTERROGATORY NO. 31:**

At any time in the last five years, have you made any payment in extension or compromise of a debt?  If so, for each payment please state:

a.   The date of the payment;
b.   The debt=s original amount and its current amount;
c.   The full name and complete address of the owner of the debt; and
d.   The basis for the debt.

**ANSWER:**

20

EXHIBIT D

**REQUEST FOR PRODUCTION NO. 31:**

Produce all documents referring to the information requested in the previous Interrogatory.

**RESPONSE:**

**INTERROGATORY NO. 32:**

Is any of your property rented, leased, or otherwise in another's possession?  If so, for each such piece of property please state:

    a.      A description of the property;
    b.      The full name and complete address of the person or entity having possession of the property;
    c.      The basis for the third party=s possession (lease, rental, etc.); and
    d.      The payment or other consideration you received in exchange for the arrangement.

**ANSWER:**

**REQUEST FOR PRODUCTION NO. 32:**

Produce all documents referring to the information requested in the previous Interrogatory.

**RESPONSE:**

**INTERROGATORY NO. 33:**

Do you presently owe more than $500.00 to any creditor?  If so, for each such debt please state:

    a.      The creditor's full name and complete address;
    b.      The amount of the debt owed by you;
    c.      The date the debt was incurred;
    d.      The payment or other consideration you received in exchange for the debt; and
    e.      A description of the security given by you to secure the debt.

**ANSWER:**

EXHIBIT D

**REQUEST FOR PRODUCTION NO. 33:**

Produce all documents referring to the information requested in the previous Interrogatory.

**RESPONSE:**

**INTERROGATORY NO. 34:**

Have you made any payment exceeding $500.00 to any creditor within the last 60 months?  If so, for each payment please state:

        a.      The date and amount of the payment; and
        b.      The full name and complete address of the recipient.

**ANSWER:**

**REQUEST FOR PRODUCTION NO. 34:**

Produce all documents referring to the information requested in the previous Interrogatory.

**RESPONSE:**

**INTERROGATORY NO. 35:**

Is any state or federal tax lien filed or outstanding against you?  If so, for each lien please state:

        a.      The amount of the lien;
        b.      Whether the tax has been paid;
        c.      The name of the governmental agency that filed it; and
        d.      The date it was filed.

**ANSWER:**

**REQUEST FOR PRODUCTION NO. 35:**

Produce all documents referring to the information requested in the previous Interrogatory.

**RESPONSE:**

EXHIBIT D

**INTERROGATORY NO. 36:**

Have you received any notice of a tax deficiency?  If so, for each deficiency please state:

a.      The amount of the alleged deficiency;
b.      The full name and complete address of the governmental agency claiming the deficiency; and
c.      The date of the notice.

**ANSWER:**


**REQUEST FOR PRODUCTION NO. 36:**

Produce all documents referring to the information requested in the previous Interrogatory.

**RESPONSE:**


**INTERROGATORY NO. 37:**

Is there any judgment against you that is unpaid?  If there is, for each unpaid judgment please state:

a.      The date of the judgment;
b.      Its amount and how much remains unpaid;
c.      The name of the party having the judgment against you;
d.      The name of the present holder of the judgment if different from the Judgment-Creditor;
e.      The name, number, location of the court in which the judgment was obtained; and
f.      The case number of the judgment.

**ANSWER:**

**REQUEST FOR PRODUCTION NO. 37:**

Produce all documents referring to the information requested in the previous Interrogatory.

**RESPONSE:**

23

EXHIBIT D

**INTERROGATORY NO. 38:**

Do you have an abstract of judgment filed against you?  If so, for each judgment please state:

a.      The date of the judgment;
b.      Its amount and how much remains unpaid; and
c.      The name of each county and the volume and page numbers of the record book where the abstract is recorded in each county.

**ANSWER:**

**REQUEST FOR PRODUCTION NO. 38:**

Produce all documents referring to the information requested in the previous Interrogatory.

**RESPONSE:**

**INTERROGATORY NO. 39:**

Do you claim that any real or other property, tangible or intangible, is exempt from the claims of your creditors?  If so, for each piece of such property please state:

a.      The legal and common descriptions of the property;
b.      The estimated value of the property;
c.      The reason for claiming that it is exempt; and
d.      The complete address of the property=s location.

**ANSWER:**

**REQUEST FOR PRODUCTION NO. 39:**

Produce all documents referring to the information requested in the previous Interrogatory.

**RESPONSE:**

24

EXHIBIT D

**INTERROGATORY NO. 40:**

Has any record of your income, disbursements, or business affairs been stolen or disposed of in the last five years?  If so, for each disposition please state:

     a.     The nature of the disposition (such as theft or intentional destruction);
     b.     The date of the disposition;
     c.     The reason for the disposition;
     d.     The full name and complete address of the person making the disposition; and
     e.     If theft occurred, whether it was reported to the police.

**ANSWER:**

**REQUEST FOR PRODUCTION NO. 40:**

Produce all documents referring to the information requested in the previous Interrogatory.

**RESPONSE:**

**INTERROGATORY NO. 41:**

At any time in the last five years, have you used the services of an accountant, bookkeeper, or certified public accountant or had such services employed on your behalf?  If so, for each such person please state:

     a.     The full name and complete address of the person;
     b.     The dates during which the services were employed;
     c.     A description of the services the person performed; and
     d.     The reason the person=s services were employed.

**ANSWER:**

**REQUEST FOR PRODUCTION NO. 41:**

Produce all documents referring to the information requested in the previous Interrogatory.

**RESPONSE:**

EXHIBIT D

**INTERROGATORY NO. 42:**

At any time in the last five years, has anyone taken an inventory of your property?  If so, for each inventory please state:

      a.      The date of the inventory;
      b.      The full name and address of each person who made the inventory or supervised it;
      c.      The full name and address of each person or entity having a copy of the inventory;
      d.      The total dollar value of the property as stated in the inventory;
      e.      The means used to evaluate the inventory; and
      f.      A complete description of each item included in the inventory, copying it verbatim.

**ANSWER:**


**REQUEST FOR PRODUCTION NO. 42:**

Produce all documents referring to the information requested in the previous Interrogatory.

**RESPONSE:**


**INTERROGATORY NO. 43:**

Has any money, real property, or other personal property heretofore belonging wholly or partly to you been transferred to -- or is it in the possession of -- any present or former, employee, agent, relative (by blood or marriage), friend, or acquaintance of any of yours?  If so, for each transaction please state:

      a.      A complete description of the transaction;
      b.      A complete description of the property involved;
      c.      The full name and complete address of each person involved; and
      d.      The payment or other consideration you received in exchange.

**ANSWER:**


**REQUEST FOR PRODUCTION NO. 43:**

Produce all documents referring to the information requested in the previous Interrogatory.

**RESPONSE:**

26

EXHIBIT D

**INTERROGATORY NO. 44:**

Have you ever entered into an assignment for benefit of creditors or been a party to a composition arrangement?  If so, for each occurrence please state:

      a.        The nature of the proceeding or arrangement;
      b.        The date the proceeding began or the arrangement was made;
      c.        The name, number, and location of any court that was involved; and
      d.        The disposition or present status of the proceeding or arrangement.

**ANSWER:**

**REQUEST FOR PRODUCTION NO. 44:**

Produce all documents referring to the information requested in the previous Interrogatory.

**RESPONSE:**

**INTERROGATORY NO. 45:**

Has any person or entity ever filed an insolvency proceeding against you (including a state receivership action or a federal bankruptcy proceeding)? If so, for each proceeding please state:

      a.        The full name and complete address of the person or entity that filed it;
      b.        The date it was filed;
      c.        The name, number, and location of the court in which it was filed;
      d.        The grounds alleged; and
      e.        The disposition of the proceeding or its present status.

**ANSWER:**

**REQUEST FOR PRODUCTION NO. 45:**

Produce all documents referring to the information requested in the previous Interrogatory.

**RESPONSE:**

EXHIBIT D

**INTERROGATORY NO. 46:**

For each expense of yours that recurs on a monthly or other regular basis and exceeds $100.00, please state:

      a.      A complete description of the debt or expense;
      b.      The amount of each payment;
      c.      The full name and complete address of the recipient of the payments;
      d.      Whether each debt is paid;
      e.      The manner of payment (cash payment, transfer or inventory, etc.); and
      f.      If the debt is paid in cash, the full name and complete address of the source from which the cash is obtained.

**ANSWER:**


**REQUEST FOR PRODUCTION NO. 46:**

Produce all documents referring to the information requested in the previous Interrogatory.

**RESPONSE:**


**INTERROGATORY NO. 47:**

List your:

      a.      social security number
      b.      driver's license number
      c.      State of issuance for your driver's license

**ANSWER:**


**REQUEST FOR PRODUCTION NO. 47:**

Produce all documents referring to the information requested in the previous Interrogatory.

**RESPONSE:**

EXHIBIT D

**INTERROGATORY NO. 48:**

Identify by parties involved, nature of dispute, and (if suit has been filed) date lawsuit was filed, cause number and court, all claims, demands, causes of action and lawsuits in which you have rights, interest, and/or a financial stake.

**ANSWER:**

**REQUEST FOR PRODUCTION NO. 48:**

Produce all documents referring to the information requested in the previous Interrogatory.

**RESPONSE:**

**INTERROGATORY NO. 49:**

Please state the following in connection with any collateral, whether owned by you or by another person, given in connection with the loan made the basis of the above-styled and numbered lawsuit:

a.  Was the loan collateralized?
b.  Describe all collateral given.
c.  Did you own the collateral at the time of the loan?  If not, who did?
d.  Were loan proceeds used to purchase the collateral?
e.  As of the date of your answers hereto, do you have possession, custody or control of any collateral?
f.  If your answer to AE@ is yes, please describe any such collateral.
g.  As of the date of your answers hereto, please state the physical location of any collateral, giving the street or municipal address, city and state, in detail sufficient enough to allow a person with reasonable familiarity with the locale to find the collateral.
h.  State the value of the collateral as well as your basis for valuing the collateral as you do.

**ANSWER:**

**REQUEST FOR PRODUCTION NO. 49:**

Produce all documents referring to the information requested in the previous Interrogatory.

**RESPONSE:**

29

<span style="color:red">EXHIBIT D</span>

## <u>REQUESTS FOR ADMISSION</u>

**ADMIT THAT YOU:**

1.      Received a copy of the judgment in time to move for a new trial or rehearing;

2.      May be served by e-mail at brandyalexander@alexanderpllc.com;

3.      Have an interest in the real property;

4.      Do not claim any real property or additions as exempt from judgment enforcement, seizure or sale to enforce the judgment under the Texas Property Code, Texas Constitution, or any other law;

5.      Have abandoned and do not claim as exempt from judgment enforcement, or sale to enforce the judgment under the Texas Property Code, Texas Constitution, or any other law, the personal property, including home furnishings, all jewelry, all firearms, and vehicles;

6.      Have an ownership interest in all vehicles located at your residence;

7.      Have abandoned and do not claim any real or personal property, including home furnishings, all jewelry, all firearms, and vehicles, as exempt from seizure and sale to enforce the judgment;

8.      Have abandoned and make no claim that any real or personal property, located in or out of Texas, in the possession of or subject to your ownership, is exempt from seizure or is not subject to a writ of execution, garnishment, or turnover order;

9.      Have abandoned and does not claim any tax refund as exempt;

10.     Have abandoned and do not claim any disbursal from a trust or insurance policy as exempt from judgment enforcement;

11.     Have abandoned and do not claim any income, including a spouse's income as exempt from judgment enforcement, from execution, turnover, or garnishment;

12.     Do not earn exempt wages or income;

13.     Do not claim that your spouse earns exempt income;

14.      Do not claim any impediment to issuing a writ of execution, turnover, the appointment of a Receiver or Master, or garnishment to collect this judgment, against the non-exempt property, real or personal, of you;

15.      Granting of a turnover order and appointment of a receiver and master are appropriate in this case;

16.      Agree that there are special facts and circumstances that prove that this is an exceptional case, and that good cause exists to justify the appointment of a master in this case;

EXHIBIT D

17.     Admits that the judgment in this cause is subsisting, valid and unpaid;

18.     Are the signatory on a bank account;

19.     Own and have, or will have, possession or control of property that is not exempt from attachment, execution, or any other type of seizure for the satisfaction of the judgment in this cause;

20.     Judgment Creditor complied with all laws concerning the collection of the debt that was at issue in this cause;

21.     Received non-exempt income of over $5,000 since notice of the Judgment was served on you;

22.     Received non-exempt income of over $10,000 since notice of the Judgment was served on you;

23.     Received non-exempt income of over $20,000 since notice of the Judgment was served on you;

24.     Received non-exempt income of over $30,000 since notice of the Judgment was served on you;

25.     Received non-exempt income of over $40,000 since notice of the Judgment was served on you;

26.     Have not turned over any non-exempt income;

27.     Have no valid reason for not turning non-exempt income;

28.     Are solely responsible for you business operations, and you are the sole person in charge of your books, records, finances, and checkbooks;

29.     Made the decision not to remit payment of the Judgment;

30.     Willfully and intentionally have not paid the Judgment;

31.     Transferred assets between the judgment date and today, to avoid paying the judgment owed;

32.     Do not claim any impediment to issuing a writ of execution, turnover, the appointment of a Receiver or Master, or garnishment to collect this debt, against the non-exempt property, real or personal;

33.     Agree that granting a turnover order and appointment of a Receiver and Master is appropriate in this case;

EXHIBIT D

34.     Have a bank account;

35.     Own and have, or will have, possession or control of property that is not exempt from attachment, execution, or any other type of seizure for the satisfaction of the judgment that cannot be readily levied upon by ordinary legal process;

36.     Agree that the values of non-exempt assets that have not been turned over exceed the amount of the Judgment against you.

EXHIBIT D